| APRIL TUCKER | NO. 22-CA-431 |
|---|---|
| | |
| VERSUS | FIFTH CIRCUIT |
| | |
| REGINALD THORNTON, THORNTON'S CAB SERVICE, GEICO GENERAL INSURANCE COMPANY, AND ATLAS INSURANCE COMPANY | COURT OF APPEAL |
| | STATE OF LOUISIANA |

*Wiseman*
First Deputy, Clerk of Court

May 16, 2023

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
Stephen J. Windhorst, and Cornelius E. Regan, Pro Tempore

**<u>DENIED WITHOUT REASONS</u>**

**JGG**
**SJW**
**CER**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*
Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **05/16/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-CA-431**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (District Judge)
Eric A. Wright (Appellant)                    Stephen D. Cronin (Appellee)

### MAILED

Alexandria C Walker (Appellant)              J. Christopher Dippel, Jr. (Appellee)
Daryl A. Gray (Appellant)                    Attorney at Law
Louis H. Thomas, III (Appellant)             501 Louisiana Avenue
Attorneys at Law                             Baton Rouge, LA 70802
201 St. Charles Avenue
Suite 2710
New Orleans, LA 70170